142 So. 587

### UNITED WHOLESALE GROCERY CO. v. MINGE FLORAL CO.

I Div. 733.

Supreme Court of Alabama.
June 9, 1932.

Gordon, Edington & Leigh, of Mobile, for petitioner.

Lyons, Chamberlain & Courtney, of Mobile, opposed.

PER CURIAM.

Petition of the Minge Floral Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in United Wholesale Grocery Co. v. Minge Floral Co., 142 So. 586.

The petition seeks to review the decision of the Court of Appeals on a finding of fact. The writ is denied on authority of Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.